NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEVEN D. MACK,                          )
                                         )
           Appellant,                    )
                                         )
v.                                       )        Case No. 2D17-4331
                                         )
STATE OF FLORIDA,                        )
                                         )
           Appellee.                     )
                                         )
_____  )

Opinion filed August 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Thomas M. Gallen,
Senior Judge

Steven D. Mack, pro se.


PER CURIAM.


            Affirmed.


CASANUEVA, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.